UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOAN KENNY,

      Plaintiff,

v.

      Case No. 12-10182
      Hon. Gerald E. Rosen
      Magistrate Judge Laurie J. Michelson

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    February 12, 2013

PRESENT: Honorable Gerald E. Rosen
               Chief Judge, United States District Court

     On January 15, 2013, Magistrate Judge Laurie J. Michelson issued a Report and Recommendation ("R & R") recommending that the Court deny Plaintiff Joan Kenny's motion for summary judgment and grant the Defendant Commissioner of Social Security's motion for summary judgment. No objections have been filed to the R & R. Upon reviewing the R & R, the parties' underlying cross-motions for summary judgment, and the record as a whole, the Court concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

     Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's January 15, 2013 Report and Recommendation (docket #14) is ADOPTED as the opinion of this Court.  IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's July 13, 2012 motion for summary judgment (docket #8) is DENIED, and that Defendant's September 20, 2012 motion for summary judgment (docket #13) is GRANTED.

        s/Gerald E. Rosen
        Chief Judge, United States District Court

Dated:  February 12, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 12, 2013, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager